## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

LUIS D. NUNEZ,

                Defendant.

**4:12CR3020**

**ORDER**

IT IS ORDERED that:

1.     The defendant's unopposed motion to continue sentencing date (filing 64) is granted.

2.     Defendant Luis D. Nunez's sentencing is continued to Monday, March 18, 2013, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of December, 2012.

BY THE COURT:

_John M. Gerrard_
United States District Judge