IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LUIS D. NUNEZ,<br><br>           Defendant. | **4:12CR3020**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 72) is granted.

2. Defendant Luis D. Nunez's sentencing is continued to Monday, June 17, 2013, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of March, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge