IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIS D. NUNEZ,<br><br>　　　　　Defendant. | **4:12CR3020**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 97) is granted.

2. Defendant Luis D. Nunez's sentencing is continued to Friday, August 22, 2014, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 29th day of April, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge