IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LUIS D. NUNEZ,<br><br>      Defendant. | **4:12CR3020**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 110) is granted.

2. Defendant Luis D. Nunez's sentencing is continued to February 27, 2015, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 10th day of February, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge